QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY ANTOINE JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-00166 WBS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| TIMOTHY ANTOINE JAMES, | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff United States, by its counsel, Assistant United

States Attorney William Wong, and defendant Timothy James, by his

counsel, Federal Defender Quin Denvir, hereby stipulate and agree that

the status conference currently calendared for May 11, 2005 should be

continued to Wednesday, May 25, 2005 at 9:00 a.m.  The government is

in the process of providing defendant the initial discovery in the

/ / / / /

/ / / / /

/ / / / /

1

case.  The parties agree that time should be excluded under Local Code

T-4 through May 25, 2005.

DATED: May 9, 2005                 Respectfully submitted,

                                   MCGREGOR SCOTT
                                   United States Attorney


                                   /s/ Quin Denvir
                                   Telephonically authorized to sign for
                                   WILLIAM WONG
                                   Assistant U. S. Attorney


                                   /s/ Quin Denvir
                                   QUIN DENVIR
                                   Federal Defender

                                   Attorney for Defendant James




                        **O R D E R**

     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATED: May 10, 2005



                        _William B. Shubb_
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE