QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY ANTOINE JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR S-05-00166 WBS |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.                              ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| TIMOTHY ANTOINE JAMES,          ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

       Plaintiff United States, by its counsel, Assistant United States Attorney William Wong, and defendant Timothy Antoine James, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for May 25, 2005 should be vacated and that the following motion schedule should be ordered:

       Defendant's motion due by May 20, 2005;

       Government opposition due by June 3, 2005;

       Non-evidentiary hearing on Wednesday, June 8, 2005, at 9:00 a.m.

```
DATED: May 19, 2005            Respectfully submitted,

                               MCGREGOR SCOTT
                               United States Attorney


                               /s/ Quin Denvir
                               Telephonically authorized to sign for
                               WILLIAM WONG
                               Assistant U. S. Attorney


DATED:  May 19, 2005           /s/ Quin Denvir
                               QUIN DENVIR
                               Federal Defender

                               Attorney for Defendant James
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: May 20, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE