1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   ) CR. S-05-00166 WBS
                               )
12              Plaintiff,     )
                               )
13         v.                  ) STIPULATION AND [PROPOSED] ORDER
                               )
14 TIMOTHY ANTOINE JAMES,      )
                               )
15              Defendant.     )
   _____)
16

17      The United States of America, through its counsel of record,

18 William S. Wong, Assistant United States Attorney, and defendant

19 Timothy Antoine James, through his counsel of record, Quin Denvir,

20 Federal Defender, hereby stipulate and agree that the non-

21 evidentiary hearing currently set for Wednesday, June 8, 2005, at

22 9:00 a.m., be vacated and the following motion schedule be adopted:

23      Government's opposition due by June 15, 2005;

24      Defendant's reply, if any, by June 20, 2005;

25      Non-evidentiary hearing on the motion Wednesday,
           June 22, 2005, at 9:00 a.m.
26 ///

27 ///

28 ///

                                   1

```
1  DATED: June 7, 2005                    Respectfully submitted,

2                                         McGREGOR W. SCOTT
                                          United States Attorney
3

4                                    By: /s/ William S.  Wong
                                         WILLIAM S. WONG
5                                        Assistant U.S. Attorney

6  DATED: June 7, 2005

7                                         /s/ Quin Denvir
                                          Telephonically authorized to
8                                         sign for QUIN DENVIR
                                          Federal Defender
9                                         Attorney for Defendant
```
_____

**ORDER**

**IT IS SO ORDERED.**

DATED: June 7, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE