QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY ANTOINE JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-00166 WBS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| TIMOTHY ANTOINE JAMES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, by and through its counsel, Assistant United States Attorney William Wong, and defendant, by and through his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the Court should order an evidentiary hearing on defendant's Motion to Suppress; that the non-evidentiary hearing currently calendared for June 22, 2005 should be vacated; and that the matter should be set for an evidentiary hearing on August 24, 2005 at 10:30 a.m. That date has been cleared with both counsel and with the Court's courtroom deputy. The parties agree that time should be continue to be excluded until August 24, 2005 due to the pending Motion to Suppress.

1

1                                    Respectfully submitted,

2                                    MCGREGOR SCOTT
                                     United States Attorney
3

4    DATED: June 17, 2005            /s/ Quin Denvir
5                                    Telephonically authorized to sign for
                                     WILLIAM WONG
6                                    Assistant U. S. Attorney

7

8    DATED:  June 17, 2005           /s/ Quin Denvir
9                                    QUIN DENVIR
                                     Federal Defender
10
                                     Attorney for Defendant James
11

12

13

14                        **O R D E R**

15        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

16

17

18   DATED:  June 20, 2005

19
                              _William B. Shubb_
20                            WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

     U.S. v. James
     Stipulation/Proposed Order
     CR S-05-0166 WBS                2