1  QUIN DENVIR, Bar No. 49374
   Federal Defender
2  801 I Street, Third Floor
   Sacramento, California 95814
3  Telephone: (916) 498-5700

4  Attorney for Defendant
   TIMOTHY ANTOINE JAMES

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12
   UNITED STATES OF AMERICA,      )  CR S-05-00166 WBS
13                                 )
                    Plaintiff,     )
14                                 )
        v.                         )  **STIPULATION AND [PROPOSED]**
15                                 )  **ORDER**
   TIMOTHY ANTOINE JAMES,          )
16                                 )
                    Defendant.     )
17  _____)

18

19        The United States of America, through its counsel, Assistant

20  United States Attorney William Wong, and defendant, through his

21  counsel, Federal Defender Quin Denvir, hereby stipulate and agree that

22  the evidentiary hearing currently calendared for August 24, 2005

23  should be continued to October 5, 2005 at 10:30 a.m.  The defense

24  investigator assigned to the case is out of town.  The parties agree

25  / / / / /

26  / / / / /

27  / / / / /

28

1

1    that time should continue to be excluded due to the pending Motion.

2                                  Respectfully submitted,

3                                  MCGREGOR SCOTT
                                   United States Attorney
4

5
     DATED: August 23, 2005        /s/ Quin Denvir
6                                  Telephonically authorized to sign for
                                   WILLIAM WONG
7                                  Assistant U. S. Attorney

8

9
     DATED:  August 23, 2005       /s/ Quin Denvir
10                                 QUIN DENVIR
                                   Federal Defender
11
                                   Attorney for Defendant James
12

13

14

15                             **O R D E R**

16        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

17

18
     DATED:  August 26, 2005
19

20

21                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
     U.S. v. James
     Stipulation/Proposed Order
     CR S-05-0166 WBS                    2