QUIN DENVIR, Bar No. 49374
Federal Defender
NED SMOCK, Bar No. 236238
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Timothy Antoine James

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>             Plaintiff,              )<br>                                     )<br>     v.                              )<br>                                     )<br> TIMOTHY ANTOINE JAMES,              )<br>                                     )<br>             Defendant.              )<br> _____ ) | No. CR S-05-166 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER** |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney Ellen Endrizzi, and defendant Timothy Antoine James, by his counsel, Ned Smock, hereby stipulate and agree that the trial confirmation hearing now scheduled for October 26, 2005 at 9:00 AM be vacated and the case be rescheduled for status on November 2, 2005 at 9:00 AM.  The November 1, 2005 date for jury trial will also be vacated.

   This continuance is being requested by defense counsel because the parties are close to reaching a plea agreement in this matter. The additional time will allow defense counsel to locate and present to the government additional evidence with respect to the narcotics

charges the government has indicated it intends to add in a superseding indictment.

It is stipulated that the period from the date of the signing of this order to November 2, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: October 13 , 2005    /s/ Ellen Endrizzi
                            ELLEN ENDRIZZI
                            Assistant U. S. Attorney


DATED: October 13 , 2005    /s/ Ned Smock
                            NED SMOCK

                            Attorney for Defendant
                            TIMOTHY ANTOINE JAMES


**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: October 13, 2005

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE