```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  TIMOTHY ANTOINE JAMES

 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,    ) No. CR-S-05-166 WBS
13                               )
                 Plaintiff,      )
14                               ) ORDER
         v.                      )
15                               )
    TIMOTHY ANTOINE JAMES,       ) Judge: Hon. Lawrence K. Karlton
16                               )
                                 )
17               Defendant.      )
                                 )
18  _____

19
```

20     This matter came before the Court for a Status Conference on
21 November 2, 2005, in the courtroom of the Honorable Lawrence K.
22 Karlton, U.S. District Court Judge.  The government was represented by
23 its counsel, Assistant United States Attorney Ellen Endrizzi.  The
24 defendant Timothy Antoine James was present, represented by Assistant
25 Federal Defender Ned Smock.
26     The case was adjourned until November 9, 2005 for Change of Plea.
27 Pursuant to the agreement of the parties, made in open court on
28 November 2, 2005, IT IS HEREBY ORDERED that, for the reasons stated by

the parties' attorneys in court, the time period from November 2, 2005, to November 9, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation.

DATED: November 3, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, U.S. District Court Judge

Proposed order/James, Timothy/Cr-S-05-166  WBS